| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Callaway, Henry A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Southern District of<br>Alabama | 3. Date of Report<br><br>03/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>201 St. Louis St.<br>Mobile, AL 36602 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member | Hand Arendall LLC (former law firm, withdrew 4/30/15) |
| 2. | executive committee member, bar commissioner | Alabama State Bar (resigned 4/30/15) |
| 3. | board member | South Alabama Volunteer Lawyers Program (resigned 4/30/15) |
| 4. | guardian | Court-appointed guardian for disabled adult (no assets or funds handled);<br>resignation accepted by probate court 9/28/15. See Part VIII. |
| 5. | board member and chair | Alabama Access to Justice Commission (resigned 4/30/15) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Hand Arendall LLC 401(k)--participant in former employer's 401(k) |
| 2. | 2015 | Hand Arendall LLC--capital account payment owed after 4/30/15 withdrawal, paid in September 2015 and reported in<br>Part VII |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 03/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Hand Arendall LLC law firm, membership distribution | $50,945.00 |
| 2. | 2015 | Hand Arendall LLC law firm, payout of capital account | $2,164.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | McElhaney State Farm Agency, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar Bankruptcy Section | June 5-7, 2015 | Destin, FL | seminar | travel, lodging and food |
| 2. | Northern District of Florida Bankruptcy Section | September 17-18, 2015 | Santa Rosa Beach, FL | seminar | travel, lodging and food |
| 3. | Mobile Bar Association | December 4-6, 2015 | Point Clear, AL | seminar | lodging and food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 03/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Callaway, Henry A. | 03/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ServisFirst Bank accounts | A | Interest | J | T | | | | | |
| 2. Regions Bank accounts | A | Interest | | | Closed | 12/16/15 | J | | |
| 3. 401(k)--State Farm Associates Balanced Fund | A | Dividend | J | T | | | | | |
| 4. IRA--Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 5. Vanguard Wellington Fund | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 6. Hand Arendall LLC Retirement Plan and Trust | | | | | | | | | |
| 7. -Vanguard Target Retirement 2025 | B | Dividend | K | T | | | | | |
| 8. | | | | | Buy (add'l) | 01/07/15 | J | | |
| 9. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 10. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 11. | | | | | Buy (add'l) | 04/11/15 | L | | |
| 12. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 13. | | | | | Buy (add'l) | 06/03/15 | L | | |
| 14. | | | | | Sold (part) | 07/09/15 | L | | |
| 15. | | | | | Sold (part) | 08/10/15 | J | | |
| 16. | | | | | Sold (part) | 09/09/15 | J | | |
| 17. | | | | | Sold (part) | 10/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/06/15 | J | | |
| 19. | | | | | Sold (part) | 12/09/15 | J | | |
| 20.    - Vanguard Selected Value Investor CL | C | Dividend | M | T | | | J | | |
| 21. | | | | | Sold (part) | 04/06/15 | J | | |
| 22. | | | | | Sold (part) | 05/29/15 | J | | |
| 23.    - Vanguard Dividend Growth Investor CL | D | Dividend | N | T | | | | | |
| 24. | | | | | Sold (part) | 04/06/15 | J | | |
| 25. | | | | | Sold (part) | 05/29/15 | K | | |
| 26.    -Vanguard Short Term Investment Grade Admiral CL | B | Dividend | L | T | | | | | |
| 27. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 28. | | | | | Sold (part) | 05/29/15 | J | | |
| 29.    -Vanguard Healthcare Admiral CL | B | Dividend | M | T | | | | | |
| 30. | | | | | Sold (part) | 04/06/15 | J | | |
| 31. | | | | | Sold (part) | 05/29/15 | J | | |
| 32.    -Vanguard High Yield Corp Admiral CL | D | Dividend | M | T | | | | | |
| 33. | | | | | Sold (part) | 04/06/15 | J | | |
| 34. | | | | | Buy (add'l) | 06/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 03/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Intl Growth Admiral CL | C | Dividend | M | T | | | | | |
| 36. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 37. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 38. | | | | | Sold (part) | 05/29/15 | J | | |
| 39. -Primecap Odyssey Agressive Growth | A | Dividend | N | T | | | | | |
| 40. | | | | | Sold (part) | 04/06/15 | J | | |
| 41. | | | | | Sold (part) | 05/29/15 | K | | |
| 42. -Vanguard S&P MidCap 400 Index ETF | B | Dividend | M | T | | | | | |
| 43. | | | | | Sold (part) | 04/08/15 | L | | |
| 44. | | | | | Sold (part) | 06/02/15 | J | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 03/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Information about the guardianship listed in Part I was inadvertently omitted from my initial report. I served for several years on a volunteer basis as court-appointed guardian for a special needs adult whose family is unable to care for him. I did not handle any funds or money but could make decisions regarding his medical care and living arrangements (he lives in a group home). The Probate Court of Mobile County granted my motion to withdraw as guardian on 9/28/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry A. Callaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544